IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 23-cv-00132-REB-NRN

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

MICK MULLENS IRISH BAR LTD.,
MICHAEL FEALEY, and
KOLLEEN ANDERS,

    Defendants.

## ORDER DISMISSING CASE

**Blackburn, J.**

    The matters before me are: (1) the **Notice of Voluntary Dismissal** [#21][1]; and (2) the **Joint Stipulation of Dismissal With Prejudice** [#22], both filed August 16, 2023. The plaintiff has reached a settlement with defendant Michael Fealey and has agreed to dismiss its claims against the other two defendants, Mick Mullens Irish Bar Ltd. and Kolleen Anders.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Voluntary Dismissal** [#21] and **Joint Stipulation of Dismissal With Prejudice** [#22] are approved;

    2. That as requested in the **Notice of Voluntary Dismissal** [#21], the plaintiff's claims against defendants Kolleen Anders and Mick Mullens Irish Bar Ltd. are

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

dismissed with prejudice;

    3.  That as requested in the **Joint Stipulation of Dismissal With Prejudice** [#22], all claims against defendant Michael Fealey are dismissed with prejudice;

    4.  That each party shall bear their own attorney fees and costs;

    5.  That all deadlines are vacated;

    6.  That the **Order To Show Cause** [#20] filed August 14, 2023, is discharged; and

    7.  That this case is closed.

Dated August 16, 2023, at Denver, Colorado.

                                        **BY THE COURT:**

*[Signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge